## Edgar COLLINS v. STATE.
### No. 17882.

Court of Criminal Appeals of Texas.
Oct. 16, 1935.

Clark Wills, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for burglary; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Ex parte Ollie V. HARPER and Willie Lee Harper.
### No. 17870.

Court of Criminal Appeals of Texas.
Oct. 16, 1935.

J. O. Duncan, of Sulphur Springs, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Appellants sought a writ of habeas corpus from the Honorable Charles Berry, district judge of Hopkins county, Tex., seeking relief from a conviction for gaming in a justice court of said county. The writ issued, and upon a hearing appellants were remanded to the custody of the constable of the justice precinct in which the conviction occurred. From this order appellants gave notice of appeal to the Court of Criminal Appeals.

We find the case here without any statement of facts, and nothing is apparent from the record which challenges the validity of the order remanding appellants.

The judgment is affirmed.

## J. A. McFADDEN v. STATE.
### No. 17895.

Court of Criminal Appeals of Texas.
Oct. 16, 1935.

Leo Darley, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is theft; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## H. HAYS, alias L. N. McIntire v. STATE.
### No. 18150.

Court of Criminal Appeals of Texas.
Oct. 30, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for theft; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.